No. 83–1157. BULLETT, ADMINISTRATOR OF THE ESTATE OF BULLETT, ET AL. *v.* UNITED TECHNOLOGIES CORPORATION

REPRESENTED EMPLOYEE RETIREMENT PLAN. C. A. 2d Cir. Certiorari denied.